EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04- CR04-00235 HG |
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| NORMAN QUEMADO REGASPI, aka "Marlon Regaspi," | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

From a date unknown, but from sometime in January 2003, to in or around April 2003, in the District of Hawaii, and elsewhere, the defendant, NORMAN QUEMADO REGASPI, also known as "Marlon Regaspi," did conspire together and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50



grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately eleven pounds, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A).

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendant and his co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1. Between the period approximately January 2003 and continuing to in or around April 2003, the defendant agreed with another individual, "RC", to purchase quantities of methamphetamine from "RC" for distribution to others.

2. During the same period, defendant received quantities of methamphetamine totaling eleven pounds from "RC" and "JN" either at RC's residence or the residence of another individual.

//
//
//
//
//
//
//
//
//

3. During the same period, defendant gave "JN" monies which were then delivered by "JN" to "RC" as payment for the methamphetamine purchases.

All in violation of 21 U.S.C. § 846.

DATED: June 23, 2004 , 2004 at Honolulu, Hawaii

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Norman Quemado Regaspi
Cr. No.
  "Indictment"